```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                   :
SHAWN LAVON BROWN,                 :
                                   :
         Petitioner,               :  Civ. No. 19-19456 (NLH)
                                   :
     v.                            :  MEMORANDUM OPINION & ORDER
                                   :
                                   :
WARDEN DAVID ORTIZ,                :
                                   :
         Respondent.               :
_____:
```

APPEARANCE:

Shawn Lavon Brown
63717-019
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Shawn Lavon Brown filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on July 8, 2020, see ECF No. 8; and

WHEREAS, Respondent requests an extension until September 30, 2020 to submit its answer, ECF No. 10; and

WHEREAS, Petitioner objects to the extension,

THEREFORE, IT IS on this ___23rd___ day of September, 2020

ORDERED that Respondent's request for an extension, ECF No. 10, is granted.  The response is due September 30, 2020; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey                       s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.